IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

Case No. 5:23-CR-00109-M

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>   Plaintiff,<br><br>v.<br><br>ADELFO BAHENA-ROJEL,<br><br>   Defendant. | ORDER |

This matter comes before the court on Defendant's unopposed[1] motion to "consolidate" cases [DE 56]. Essentially, Defendant requests that the revocation hearing in this matter be heard at the same time as matters in the related case, 5:25-CR-00031-M. For good cause shown, the motion is GRANTED. The revocation hearing currently scheduled on February 25, 2025, is VACATED and will be rescheduled in accordance with the schedule in the related case.

SO ORDERED this 21st day of February, 2025.

RICHARD E. MYERS II
CHIEF UNITED STATES DISTRICT JUDGE

---

[1] *See* DE 57.